# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO PEDRERO-GOMEZ, <br><br> Defendant. | Case No.: 3:19-CR-4088-W <br><br> **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE COMPLAINT AND INDICTMENT** |

The United States' Motion to Dismiss the Complaint and Indictment (ECF No. 33) is hereby GRANTED. The Complaint (ECF No. 1) and Indictment (ECF No. 11) are DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 7-14-20

HON. THOMAS J. WHELAN
United States District Judge